UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAIRO JOSE ESPINOZA CRUZ, <br><br> Petitioner, <br><br> v. <br><br> BRIAN ENGLISH, KAMSING LEE, KRISTI NOEM, and PAMELA JO BONDI, <br><br> Respondents. | CAUSE NO. 3:25-CV-919-CCB-SJF |

### ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted, ordering respondents to release Jairo Jose Espinoza Cruz from custody under appropriate conditions of supervised release, *see* 8 U.S.C. § 1231(a)(3). ECF 29. The petitioner has since been released. ECF 31. The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on December 19, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT